IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CAROLYN WARE, Individually and on behalf of Terrance Ware, Deceased;**            **PLAINTIFF**

**and**

**OKTIBBEHA COUNTY BOARD OF SUPERVISORS, A MEMBER OF THE MISSISSIPPI PUBLIC ENTITY WC TRUST**            **INTERVENOR-PLAINTIFF**

**V.**            **NO. 1:16-CV-00003-DMB-DAS**

**SAILUN CO., LTD.; SAILUN TIRE LATIN AMERICA, LLC; TBC CORPORATION; TBC BRANDS; SOUTH GATEWAY TIRE CO., INC.; GATEWAY TIRE & SERVICE CENTER – STARKVILLE; JOHN DOES 1–10, Jointly & Individually; DYNAMIC TIRE CORP; and THE HERCULES TIRE & RUBBER CO.**            **DEFENDANTS**

## ORDER

On July 26, 2018, the parties in this action filed a "Joint Stipulation of Dismissal with Prejudice" which states:

> IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Intervenor, Oktibbeha County Board of Supervisors, a Member of the MS Public Entity W.C. Trust, Defendant Sailun Co., Ltd., Defendant TBC Corporation, and Defendant Dynamic Tire Corp., by and through their respective counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned matter and all claims brought by Plaintiff and Intervenor against Sailun Co., Ltd., TBC Corporation, and Dynamic Tire Corp. should be finally and completely dismissed with prejudice. This stipulation and dismissal finally and completely terminates the above-captioned matter with respect to all parties, with each party to bear their own costs.

Doc. #307. Accordingly, the Clerk of the Court is **DIRECTED** to close this case on this Court's

docket.

**SO ORDERED**, this 27th day of July, 2018.

<u>**/s/Debra M. Brown**</u>
**UNITED STATES DISTRICT JUDGE**